1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM C. HILL,                          No.  2:20-CV-2278-DMC-P

12                    Plaintiff,

13        v.                                     <u>ORDER</u>

14    OFFICER DANFORTH,

15                    Defendant.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma

19    pauperis (ECF No. 2).  Plaintiff has submitted a declaration that makes the showing required by

20    28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

21            IT IS SO ORDERED.

22

23    Dated:  November 23, 2020

24                                               _____

25                                               DENNIS M. COTA
                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28