1

2

3

4

5

6

7

8      **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     WILLIAM C. HILL,                          No.  2:20-CV-2278-WBS-DMC-P

12                 Plaintiff,

13          v.                                     FINDINGS AND RECOMMENDATIONS

14     PAUL DANFORTH,

15                 Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18     U.S.C. § 1983.  On August 9, 2021, the Court directed Plaintiff to file an amended complaint

19     within 30 days.  Plaintiff was warned that failure to comply may result in dismissal of this action

20     for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

21     More than 30 days has elapsed and Plaintiff has not complied.

22          Based on the foregoing, the undersigned recommends that this action be dismissed,

23     without prejudice, for lack of prosecution and failure to comply with court rules and orders.  See

24     id.

25          These findings and recommendations are submitted to the United States District

26     Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

27     after being served with these findings and recommendations, any party may file written

28     objections with the court.  Responses to objections shall be filed within 14 days after service of

1

objections.  Failure to file objections within the specified time may waive the right to appeal.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).


Dated:  September 29, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE